United States Courts
Southern District of Texas
FILED
September 28, 2020
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR 200   4:20mj1792 |
| | § | Judge Mazzant |
| DAVID WAYNE WOODS | § | |

**INDICTMENT**

FILED
AUG 1 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

Between in or about April 2019, and on or about July 17, 2019, in the Eastern District of Texas, and elsewhere, **David Wayne Woods**, defendant, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), sexual exploitation of children. Specifically, **David Wayne Woods** used a cellular phone, a laptop computer, the Internet, and a social media application to persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct, knowing that such depiction would be transmitted in interstate and foreign commerce.

In violation of 18 U.S.C. § 2422(b).

## Count Two

Violation: 18 U.S.C. § 2423(c)<br>(Engaging in Illicit Sexual Conduct in<br>Foreign Places)

Between in or about May 26, 2019, and on or about July 31, 2019, in the Eastern District of Texas, and elsewhere, **David Wayne Woods**, defendant, did travel in foreign commerce, and did engage in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person. Specifically, **David Wayne Woods** traveled from the Eastern District of Texas to the Philippines and, while in that country, engaged in illicit sexual conduct with Victim 1, a minor known to the Grand Jury.

In violation of 18 U.S.C. § 2423(c).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense alleged in this Indictment, the defendant, **David Wayne Woods**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. HP laptop computer, model BCM943142 and bearing serial number 8CG6436X2P.

This property is forfeitable pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____            Date: _____8/12/20_____
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR |
| DAVID WAYNE WOODS | § | Judge |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 2422(b)

Penalty: Imprisonment for not less than ten years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $5,000.00

### Count Two

Violation: 18 U.S.C. § 2423(c)

Penalty: Imprisonment for not more than thirty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $5,000.00

AO 442 (Rev. 11/11) Arrest Warrant

11159470

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID WAYNE WOODS | ) Case No. 4:20-cr-200 (Mazzant) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

2020 AUG 13 A 9:15

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Wayne Woods,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor)
18 U.S.C. § 2423(c) (Engaging in Illicit Sexual Conduct in Foreign Places)

Date: 08/12/2020

*David A. O'Toole*
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk Eastern District of Texas
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*